**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case No. 2:09-cr-00454-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE PEREZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court received a letter from the Defendant dated August 16, 2010 which expresses concern about whether his attorney is prepared for sentencing currently scheduled for September 14, 2010, and attaches letters received from the United States Probation Office.

**IT IS ORDERED** the Clerk of the Court shall file the letter under seal with its attachments and mail a copy to Attorney Todd Leventhal for such action as he deems appropriate.

Dated this 23rd day of August, 2010.

Peggy A. Leen
United States Magistrate Judge